AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) Case No.  23-8176 mB |
| Eric Thomas Scionti in Maricopa County Jail for a DNA Standard via Buccal Swab and Major Case Prints Including All Fingers, Palms and Sides of Both Hands | ) ) ) |

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Arizona_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Atachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____5/1/23_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____any U.S. Magistrate Judge in Phoenix, Arizona____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     4-17-23  4:11pm                    _____
                                                                                      *Judge's signature*

City and state:     Phoenix, Arizona                    Honorable JOHN Z. BOYLE U.S. Magistrate Judge
                                                                              *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF PERSON TO BE SEARCHED

ERIC THOMAS SCIONTI (SCIONTI), a white male who, according to his Arizona driver's license, is approximately 5'11" tall and weighs approximately 160 pounds. SCIONTI has brown hair and brown eyes. The last four numbers of SCIONTI's Social Security Number are 6926, and his date of birth is March 18, 1988.

As of April 7, 2023, SCIONTI was in state custody at Towers Jail, a Maricopa County jail, located at 3127 W. Gibson Lane, Phoenix, AZ 85009, and is expected to remail there for the foreseeable future.

## ATTACHMENT B

### THINGS TO BE SEARCHED FOR AND SEIZED

1. Evidence in the form of a deoxyribonucleic acid (DNA) standard to be obtained from ERIC THOMAS SCIONTI, collected by means of cotton/buccal swabs from both sides of the inside of his mouth (i.e., cheek area).

2. Evidence in the form of major case prints from ERIC THOMAS SCIONTI, to include both the left and right hands, all finger prints, palm prints, and the sides of the hands.

AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

|  |  |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Eric Thomas Scionti in Maricopa County Jail for a DNA<br>Standard via Buccal Swab and Major Case Prints<br>Including All Fingers, Palms and Sides of Both Hands | )<br>)<br>)<br>)<br>)<br>) |

Case No. 238176mB

## ELECTRONICALLY SUBMITTED APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A,

located in the _____ District of _____ Arizona _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Tile 18 U.S.C., § 922(g)(1) | Possession of a Firearm and Ammunition by a Prohibited Person |

The application is based on these facts:

See attached Affidavit of F.B.I. Special Agent Jason Saitta.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

JASON SAITTA   Digitally signed by JASON SAITTA
Date: 2023.04.17 12:15:20 -07'00'

*Applicant's signature*

Jason Saitta, F.B.I. Special Agent
*Printed name and title*

Reviewed by AUSA s/Glenn McCormick *GM*

Subscribed and sworn to telephonically:

Date: 4-17-23  4:11pm

*Judge's signature*

City and state: Phoenix, Arizona

Honorable JOHN Z. BOYLE, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF PERSON TO BE SEARCHED

ERIC THOMAS SCIONTI (SCIONTI), a white male who, according to his Arizona driver's license, is approximately 5'11" tall and weighs approximately 160 pounds. SCIONTI has brown hair and brown eyes. The last four numbers of SCIONTI's Social Security Number are 6926, and his date of birth is March 18, 1988.

As of April 7, 2023, SCIONTI was in state custody at Towers Jail, a Maricopa County jail, located at 3127 W. Gibson Lane, Phoenix, AZ 85009, and is expected to remail there for the foreseeable future.

## ATTACHMENT B

### THINGS TO BE SEARCHED FOR AND SEIZED

1. Evidence in the form of a deoxyribonucleic acid (DNA) standard to be obtained from ERIC THOMAS SCIONTI, collected by means of cotton/buccal swabs from both sides of the inside of his mouth (i.e., cheek area).

2. Evidence in the form of major case prints from ERIC THOMAS SCIONTI, to include both the left and right hands, all finger prints, palm prints, and the sides of the hands.

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Jason L. Saitta, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since June 2014.  I am currently assigned to the Phoenix Field Office in Phoenix, Arizona. I am a member of the Joint Terrorism Task Force (JTTF) and am responsible for investigating acts of domestic terrorism. As a Special Agent of the FBI, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 of the United States Code.

2.      This affidavit is intended to show that there is sufficient probable cause for the requested search warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  The statements set forth in this affidavit are based upon my investigation to date, my experience, my training, and other reliable sources of information relative to this investigation.

3.      My training in law enforcement includes agency specific training in all aspects of conducting federal criminal investigations, including the planning, preparation, and execution of search warrants.  I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, U.S.C., Section 2510(7), authorized to conduct investigations into alleged violations of federal law. Through my experience and training, I know that it is a felony offense for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to receive, possess, or transport any firearm or ammunition in or affecting

1

interstate or foreign commerce according to Title 18, U.S.C., Section 922(g)(1). Moreover, the term "crime punishable by imprisonment for a term exceeding one year" means any federal or state felony offense, or any state offense classified as a misdemeanor and punishable for a term of imprisonment of two years or more (Title 18, U.S.C., Section 921(a)(20)).

4.      This investigation involves ERIC THOMAS SCIONTI (SCIONTI), a convicted felon and prohibited possessor and approximately six firearms (handguns and rifles), and hundreds of rounds of ammunition recovered from SCIONTI's residence on January 18, 2023, pursuant to federal search warrant number 23-5012MB, issued in the United States District Court District of Arizona. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of Title 18, United States Code (U.S.C.) § 922(g)(1) – Felon in possession of a firearm or Ammunition– may have been committed by SCIONTI.

5.      This affidavit is submitted in support of an application for a search warrant to obtain a deoxyribonucleic acid (DNA) standards and major case prints from SCIONTI.

## PROPERTY TO BE SEARCHED

6.      ERIC THOMAS SCIONTI, according to his Arizona driver's license, was born on March 18, 1988, is a white male who is 5'11" tall and weighs approximately 160 pounds.  As of April 07, 2023, SCIONTI was in custody at Towers Jail, a Maricopa County jail, located at 3127 W. Gibson Lane, Phoenix, AZ 85009.

7.      SCIONTI and the things to be searched for and seized are more specifically described in Attachments A and B.

2

8.      The purpose of the proposed warrant is to obtain evidence pertaining to violations of Title 18, United States Code, § 922(g)(1) - Felon in possession of a firearm or ammunition.

## ITEMS TO BE SEIZED

9.      The items to be seized are described in Attachment B, incorporated herein by reference.

## PROBABLE CAUSE

**Search of 113 E. Hermosa Drive:**

10.      On January 18, 2023, search warrant 23-5012MB was issued and served at search location, 113 E. Hermosa Drive, Tempe, Arizona, a residential home that is owned and occupied by Robin Scionti (Robin). Eric Thomas SCIONTI, is Robin's son. SCIONTI was residing at the home as well. Firearms, ammunition, and documentation of any firearms transactions, ownership, registration, purchase, storage, disposition, dominion and control were among the items authorized to be seized pursuant to the search warrant.

11.      During the execution of the federal search warrant, FBI personnel seized the following firearms from a large safe located in a hallway closet:

- A Winchester rifle, model 1894, .30 WCF caliber, serial number 831271

- A Keltec, CNC Industries, Inc. rifle, model SU-16, 5.56 caliber, serial number NCU36

- A Czechoslovakia rifle, Model: VZ52, Caliber: 7.62, Serial Number: B31023, Country of Origin: Czechoslovakia, Importer: I.O. Inc. Palm Bay, FL

- A Zastava pistol, Model: M57, Caliber: 7.62, Serial Number: M57-001604, Country of Origin: Serbia and Montenegro, Importer: PW Arms, Inc., Redmond, WA

3

- A Beretta, Pietro S.P.A. pistol, Model: 1951, Caliber: 9mm, Serial Number: 26906, Country of Origin: Italy, Importer: PW Arms, Inc., Redmond, WA
- A CZ (Ceska Zbrojovka) pistol, Model: CZ82, Caliber: 9x18mm, Serial Number 090703CZ, Country of Origin: Czechoslovakia, Importer: CAI Georgia, VT – Century Intl Arms, Inc.

12.   I am aware based on my training, experience, and conversations with other law enforcement officers that Winchester and Keltec, CNC Industries, Inc. firearms are not manufactured within the District of Arizona and therefor affected interstate commerce.

13.   I am aware based on my training, experience, and conversations with other law enforcement officers that the Czechoslovakia rifle, Zastava pistol, Beretta, Pietro S.P.A. pistol, and CZ pistol were manufactured outside of the Unites States and therefor affected interstate and foreign commerce.

14.   During the execution of the federal search warrant, FBI personnel also seized 1,826 rounds of ammunition.

15.   The FBI also seized a "Type 3 – Collector of Curios and Relics", Federal Firearms License (FFL), license number 9-86-013-03-3E-15182, with an expiration date of May 1, 2023, in the name of "Scionti, Robin Renee" in the large safe where the firearms were located.

16.   According to the Bureau of Alcohol, Tobacco, Firearms, and Explosives, application for Federal Firearms License (ATF Form 7), a Type 3 FFL is for "Collectors of Curios and Relics" and is not a license to conduct business. Further, item 7 in the instructions for ATF Form 7 state:

- A Type 03 license issued under 18 U.S.C. Chapter 44:

      a. Is NOT a license to carry, use, or possess a firearm.

4

b. Confers NO right or privilege to conduct an activity contrary to State or other law.

c. Will entitle you to acquire firearms, classified as curios or relics, in interstate or foreign commerce. You may dispose of curios and relics to any person, not otherwise prohibited by the Gun Control Act of 1968, residing within your State, and to any other Federal firearms licensee in any State. It must be emphasized that the collector's license being applied for pertains exclusively to firearms classified as curios and relics, and its purpose is to facilitate a personal collection. You may NOT engage in the business of buying and selling any type of firearm with a type 03 license. Applicants intending to engage in the firearms business should apply for a license other than a Type 03, Collector of Curios and Relics, license.

17.     On the day of the search, FBI Agents and Task Force Officers interviewed Robin. She stated in part: that she does not own any firearms; she is aware SCIONTI is a convicted felon; she is aware SCIONTI was currently on probation but had not reported as required; she is aware SCIONTI had an outstanding warrant for his arrest; she is aware SCIONTI was prohibited from possessing firearms; she has never purchased firearms for SCIONTI; she saw SCIONTI in possession of a handgun approximately a year and a half ago; SCIONTI utilizes the hallway closet just outside his bedroom [from which the noted firearms were seized]; everything in the closet belongs to SCIONTI; and she would not be surprised if the safe in the closet contained firearms.

18.     FBI Agents and Task Force Officers showed the aforementioned Collectors of Relics and Curios FFL to Robin as well as a copy of her Arizona driver's license, which was found amongst the paperwork in the large safe in the hallway closet. Both the FFL and the driver's license contained signatures purported to be from Robin. Robin stated that the FFL was not hers, she has

5

never applied for any type of firearms license, and the signature on the FFL was not signed/penned by her.

**Eric Thomas SCIONTI's Criminal Record:**

19.     A query of the Superior Court of Arizona, Maricopa County court records revealed the following criminal history for Eric SCIONTI:

20.     On September 26, 2007, SCIONTI was convicted in Superior Court of Arizona, Maricopa County of Unlawful Discharge of a Firearm, a Class 6 Undesignated Felony, and sentenced to two (2) years' probation. The case number is CR2007-149052-001 and the sentencing runs concurrent with case number CR2007-123776-001.

21.     On September 26, 2007, SCIONTI was convicted in Superior Court of Arizona, Maricopa County of Criminal Possession of a Forgery Device, a Class 6 Undesignated Offense, and sentenced to two (2) years' probation. The case number is CR2007-123776-001 and the sentencing runs concurrent with case number CR2007-149052-001.

22.     On May 17, 2013, SCIONTI was convicted in Superior Court of Arizona, Maricopa County of Criminal Trespass in the First Degree, a Class 6 Designated Felony, and sentenced to three (3) years' probation. The case number is CR2013-418657-001. On September 04, 2014, SCIONTI was sentenced to one (1) year incarceration in case number CR2013-418657-001 for violating the terms of probation. The sentencing runs concurrent with case number CR2014-109871-001.

23.     On September 04, 2014, SCIONTI was convicted in Superior Court of Arizona, Maricopa County in case number is CR2014-109871-001 on Two (2) counts of Trafficking in Stolen Property, First Degree, both Class 2 Felony offenses. On the first count, SCIONTI was

6

sentenced to six (6) years' incarceration to be served concurrent to case number CR2013-418657-001. On the second count, SCIONTI was sentenced to six (6) years' probation to run concurrent with cases CR2014-112967-001 and CR2014-115238-001.

24.     On September 04, 2014, SCIONTI was convicted in Superior Court of Arizona, Maricopa County of Possession of Narcotic Drugs, a Class 4 Felony, and sentenced to four (4) years' probation. The case number is CR2014-112967-001. The sentence runs concurrent with cases CR2014-109871-001 and CR2014-115238-001.

25.     On September 04, 2014, SCIONTI was convicted in Superior Court of Arizona, Maricopa County of Possession of Narcotic Drugs, a Class 4 Felony, and sentenced to four (4) years' probation. The case number is CR2014-115238-001. The sentence runs concurrent with cases CR2014-109871-001 and CR2014-112967-001.

26.     Arizona Department of Corrections (ADC) records show that SCIONTI was incarcerated from September 8, 2014, to March 4, 2019, in cases CR2013-418657-001 and CR2014-109871-001.

**Warrant Issued for Eric Thomas SCIONTI:**

27.     On January 26, 2023, a warrant was issued for the arrest of SCIONTI, pursuant to federal Criminal Complaint 23-8022MJ, for the charge of Possession of Firearms by an Unauthorized Person, in violation of Title 18 U.S.C. § 922(g)(1).

28.     The elements of Possession of Firearms by an Unauthorized Person are:

   a. The defendant knowingly possessed (shipped, transported, received) the firearm (ammunition) as charged; and

7

b.  At the time the defendant possessed the firearms, the defendant had been previously convicted of a crime punishable by imprisonment for a term exceeding one year.

**Investigation of Curios and Relics Federal Firearms License:**

29.     The FBI submitted a trace request to the Bureau of Alcohol, Tobacco, Firearms, and Explosives, for all six firearms that were seized during the January 18, 2023, execution of federal search warrant.

30.     The results of the firearms traces for the following firearms show "Scionti, Robin Renee," as the Collector of Curios and Relics to whom the firearms were shipped, at the 113 E Hermosa Dr., Tempe, Arizona address:

a.  Czechoslovakia rifle, Model: VZ52;

b.  Zastava pistol, Model: M57;

c.  CZ (Ceska Zbrojovka) pistol, Model: CZ82; and,

d.  Beretta, Pietro S.P.A. pistol, Model: 1951

31.     On March 28, 2023, Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) Compliance Officer, Nathan Palmer, emailed Your Affiant copies of firearms purchase invoices which were obtained directly from Atlantic Firearms, Classic Firearms, and Aim Surplus, LLC. Aim Surplus, LLC also provided a purchase invoice for the purchase of ammunition. A total of seven invoices were provided. All seven invoices list a shipping address of, "Robin Scionti 113 E Heromsa Dr, Tempe, AZ 85282", and the email address "rscionti63@gmail.com."

32.     The Aim Surplus, LLC invoice for ammunition, displayed "Eric Scionti 113 E Heromsa Dr, Tempe, AZ 85282" in the billing information. Ammunition consistent with the invoice

8

description was found during the January 18, 2023, federal search warrant execution. The invoice and ammunition found are shown below:

AimSurplus, LLC Order Receipt (#595360)                    225 American Way, Monroe, OH 45050

| Qty | SKU | Product | Location | Price | Total |
|-----|-----|---------|----------|-------|-------|
| 3 | AP755FMJ | Prvi Partizan PPU 7.5 Swiss 174grn FMJ 20rd Box | 1114 | $14.95 | $44.85 |
| 2 | AP75SSP174 | Prvi Partizan PPU 7.5 Swiss 174gr Soft Point 20rd Box | KKK4, SR | $15.50 | $31.00 |
| | | | Subtotal | | $75.85 |
| | | | Shipping | | $12.72 |
| | | | Tax | | $6.15 |
| | | | **Total** | | **$94.72** |

**Customer**
Robin Scionti

rscionti63@gmail.com
██████████

**Billing Address**
Eric Scionti
113 E HERMOSA DR
TEMPE, Arizona 85282
████████████

**Shipping Address**
Robin Scionti
████████████
113 E HERMOSA DR
TEMPE, Arizona 85282





33.    The following firearms listed on the invoices were recovered during the aforementioned federal search warrant execution:

   a.  A Zastava pistol, Model: M57, Caliber: 7.62, Serial Number: M57-001604

   b.  A Czechoslovakia rifle, Model: VZ52, Caliber: 7.62, Serial Number: B31023

   c.  A Beretta, Pietro S.P.A. pistol, Model: 1951, Caliber: 9mm, Serial Number: 26906

34.    The following firearms listed on the invoices were not recovered during the search:

   a.  A Ceska Zbrojovka Czech CZ50 .32acp Pistol, SKU F3CZ50, no listed serial number on the Aim Surplus, LLC order receipt

   b.  A Chinese SKS Type 56 Rifle, 7.62x39, Serial Number SKS16392

   c.  A Chinese SKS Type 56 Rifle, 7.62x39, Serial Number SKS16319

   d.  A Chinese SKS Type 56 Rifle, 7.62x39, Serial Number SKS16412

35.     The FBI submitted a trace request to the Bureau of Alcohol, Tobacco, Firearms, and Explosives, for the invoiced firearms which were not recovered. The trace results showed the following (Note: as of April 11, 2023, trace results for the Chinese SKS Type 56 Rifles, baring serial number SKS16392 and SKS16319, were still outstanding) :

a.   Ceska Zbrojovka Czech CZ50 .32acp Pistol, SKU F3CZ50 – Purchased on August 05, 2020 by Robin Renee Scionti, using the FFL in Robin Scionti's name, and shipped to 113 E. Hermosa Dr.

b.   Chinese SKS Type 56 Rifle, 7.62x39, Serial Number SKS16412 – Sold on December 17, 2021 by Arizona Firearms & Accessories to an unrelated third party.

36.     The invoice for the Chinese SKS Type 56 Rifle, 7.62x39, Serial Number SKS16412 from Classic Firearms, indicates it was purchased by Robin on July 9, 2020, using the Collectors of Curios and Relics FFL as shown below:



37.     On or About April 5, 2023, Your Affiant contacted Arizona Firearms & Accessories to inquire about the SKS Type 56 Rifle, 7.62x39, Serial Number SKS16412, and learned that they received the firearm on pawn in April 2021 and that it was never picked back up. On December 17, 2021, the firearm was sold to a store customer. The same day, Arizona Firearms & Accessories provided your Affiant with a Pawn ticket (shown below) showing that on or about April 5, 2021, Adam G. pawned the aforementioned rifle.

12

38.   On April 10, 2023, the FBI located a classified advertisement on 'TheOutdoorsTrader.com' for an "FS Chinese SKS. Cleaned of Cosmo". The ad was posted by "Eric T Scionti", location: Tempe, Arizona, and dated November 12, 2020. Included in the ad were photos showing the markings and serial number on the firearm. The serial number in the photo is SKS16412 and a secondary marking showed "12301115". The ad and photos (cropped for enlargement) are shown below:







39.     During a review of the firearms related paperwork seized on January 18, 2023, pursuant to the federal search warrant, Your Affiant located a handwritten list of firearms, most of which matched with the invoices provided by the ATF (reference paragraph 31). On the list was a "Norinco SKS, serial number 12301115, semi-auto, 7.62x39, from Classic Firearms". A screenshot of the list is shown below with the identified rifle highlighted:

| MANUFACTURER and/or IMPORTER | MODEL | SERIAL NUMBER | TYPE OF ACTION | CALIBER OR GAUGE | DATE | FROM WHOM RECEIVED (Name and Address or Name and License Number) |
|---|---|---|---|---|---|---|
| Zastava Yugoslavia | Tokarev | C-161822 | Semi Auto | 7.62x25mm | | Classic Firearms (online show) Lic. No 1-56-179-01-OH-06887 |
| Norinco | SKS | 1770.079 | Semi-Auto | 7.62x39mm | | Classic Firearms |
| Norinco | SKS | 1230115 | Semi Auto | 7.62x39 | | Classic Firearms # |
| Norinco | SKS | 1227.4241 21023 | Semi-Auto | 7.62x39 | | Classic Firearms # |
| Zastava (1) Czechoslovakia | CZ-52 | 31023 | Semi Auto | 7.62x45 | | Classic Firearms # |
| Zastava | CZ-70 | — | Semi | .32 acp | 08/09 | Aim Surplus # |
| Beretta | M1951 | — | Semi | 9x19mm | 08/13 | Atlantic Firearms # |
| Germany | Antique Flare gun | — | Style slot | 36.5mm | 08/15 | Private Sale |
| Colt | Cobra | 129169 | Semi Auto Snubber | .38 Special | 08/20 | Arrow Sports # 6-04-005-07-1K-12682 |

40.     Along with the handwritten list above, Your Affiant located a handwritten note documenting the sale of a firearm to "Adam" which stated "Norinco SKS Disposal via face to face sale" on what appears to be 02/03/21 as shown below:

| DATE | NAME | FOR TRANSFER OF ALL OTHER FIREARMS TO NONLICENSEES FORM 4473 IS REQUIRED, RECORD ADDRESS OR LICENSE NUMBER OR FORM 4473 SERIAL NO. (if nonlicensee). FILE FORM 4473 NUMBER |
|---|---|---|
| 02/03/21 | Adam | Norinco SKS Disposal Via face-to-face Sale |

41.     On March 28, 2023, ATF Compliance Officer Nathan Palmer, emailed FBI case agent copies of the Federal Firearms License (FFL) applications, ATF E-Form 7, for file number 9-86-15182, Robin Renee Scionti, and for file number 9-86-14882 Robin Renee Scionti (application abandoned). A review of the aforementioned abandoned FFL application 9-86-14882 shows a signature and printed name of Robin Scionti, signed 06/13/2019, and a current residential address

15

of 113 East Hermosa Drive, Tempe, Arizona 85282-5102. Completed application 9-86-15182

shows a business/activity address of 113 E. Hermosa Dr., Tempe, AZ, 85282-5102, a printed and

signed name of Robin Scionti, and a signature date of 03/01/2020.

### THINGS TO BE SEARCHED FOR AND SEIZED

42.    Based on Your Affiant's experience and training as a law enforcement officer, it is

known that evidence or trace evidence such as skin cells, blood, hair (being DNA evidence), and

fibers may be transferred and/or deposited to items used by a suspect in the handling of firearms,

firearm accessories, and ammunition.  While sometimes DNA evidence is clearly visible, it often

requires observation and analysis by forensic technicians in a laboratory setting to detect, analyze,

and/or compare.  Your Affiant is aware that in order to compare DNA located on items of evidence

to potential subjects, a known DNA standard for that subject is required for comparison

43.    In this case, Your Affiant if seeking DNA evidence from SCIONTI in the form of

buccal swabs taken from both sides of the cheek area inside of his mouth. Those swabs can then be

compared to DNA evidence collected from evidence seized during the execution of the federal

search warrant on January 18, 2023.

44.    Based on Your Affiant's experience and training as a law enforcement officer, it is

known to Your Affiant that major case prints (i.e., fingerprints, palm prints, and prints on the sides

of the hands) can be used to identify suspects and linking those suspects to crimes.  Based on Your

Affiant's training and experience, it is known that each person has their own unique set of

fingerprints and palm prints.  Your Affiant is aware that in order to compare latent prints that may

be located on items of evidence to potential subjects, a known standard for that subject is required

for comparison.

16

45.     In this case, Your Affiant is seeking major case fingerprints from SCIONTI to compare with any latent prints that may be found on evidence seized during the execution of the federal search warrant on January 18, 2023.

46.     The things to be searched for and seized from SCIONTI, who is further described in Attachment A, are specifically described in Attachment B.  It is anticipated that the search warrant will be executed at a Maricopa County Jail housing unit in Phoenix, Arizona where SCIONTI is currently in state custody on multiple probation violations.

## CONCLUSION

47.     Based upon Your Affiant's training, experience, and observations, Your Affiant submits that there is probable cause to believe that violations of federal law have occurred and that there is evidence of those violations, specifically Title 18, United States Code, § 922(g)(1), in the form of a DNA standard as well as major case fingerprints located in or on the body of ERIC THOMAS SCIONTI as described in Attachment A.  Your Affiant respectfully requests that a search warrant be issued for the things described in Attachment B.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

JASON SAITTA  Digitally signed by JASON SAITTA
Date: 2023.04.17 12:15:57 -07'00'

JASON L. SAITTA, SPECIAL AGENT
Federal Bureau of Investigation

Sworn to and subscribed before me this ____17____ day of April, 2023.

Honorable JOHN Z. BOYLE
United States Magistrate Judge

17