AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 23-8176MB | Date and time warrant executed: 4/24/23 @ 10:01 AM | Copy of warrant and inventory left with: Eric Thomas Scienti |

Inventory made in the presence of: LeRoy Hoiland

Inventory of the property taken and name of any person(s) seized:

① Deoxyribonucleic acid (DNA) collection via buccal swabs
② Major Case Prints

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/24/2023

Executing officer's signature

Jason Saitta/FBI Special Agent
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Eric Thomas Scionti in Maricopa County Jail for a DNA<br>Standard via Buccal Swab and Major Case Prints<br>Including All Fingers, Palms and Sides of Both Hands | ) ) ) ) ) )   Case No. 23-8176 mB |

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Arizona_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Atachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___5/1/23___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any U.S. Magistrate Judge in Phoenix, Arizona___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___4-17-23  4:11p___          _____
                                                                      *Judge's signature*

City and state:   Phoenix, Arizona            Honorable JOHN Z. BOYLE U.S. Magistrate Judge
                                                                      *Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF PERSON TO BE SEARCHED

ERIC THOMAS SCIONTI (SCIONTI), a white male who, according to his Arizona driver's license, is approximately 5'11" tall and weighs approximately 160 pounds. SCIONTI has brown hair and brown eyes. The last four numbers of SCIONTI's Social Security Number are 6926, and his date of birth is March 18, 1988.

As of April 7, 2023, SCIONTI was in state custody at Towers Jail, a Maricopa County jail, located at 3127 W. Gibson Lane, Phoenix, AZ 85009, and is expected to remail there for the foreseeable future.

## **ATTACHMENT B**

### **THINGS TO BE SEARCHED FOR AND SEIZED**

1. Evidence in the form of a deoxyribonucleic acid (DNA) standard to be obtained from ERIC THOMAS SCIONTI, collected by means of cotton/buccal swabs from both sides of the inside of his mouth (i.e., cheek area).

2. Evidence in the form of major case prints from ERIC THOMAS SCIONTI, to include both the left and right hands, all finger prints, palm prints, and the sides of the hands.